IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES PENNINGTON                                                    PLAINTIFF

v.                          Civil No. 07-5133

DEPUTY MOONRE;
SGT. FALBERRY; and
DEPUTY LEE                                                          DEFENDANTS

## ORDER

James Pennington submitted this pro se action for filing. The clerk is directed to file the

*in forma pauperis* (IFP) application and complaint. The application to proceed IFP is granted.

Pursuant to the provisions of the Prison Litigation Reform Act **the clerk is directed to collect the**

**$350.00 filing fee from the plaintiff.** The matter of service will be determined at a later time.

IT IS SO ORDERED this **27** day of July 2007.

HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 3 1 2007

CHRIS R. JOHNSON, CLERK

BY
            DEPUTY CLERK

-1-

AO72A
(Rev. 8/82)