**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**JAMES PENNINGTON**                                              **PLAINTIFF**

**v.**                        **Civil No. 07-5133**

**DEPUTY MONROE T. LEE;**
**SGT. FAULKENBERRY; and**
**DEPUTY LEE**                                               **DEFENDANTS**

**O R D E R**

Now on this 18th day of January, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #8, filed December 14, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is hereby **dismissed.**

**IT IS SO ORDERED.**

                                                                 **/s/Jimm Larry Hendren**
                                                                 **HON. JIMM LARRY HENDREN**
                                                                 **UNITED STATES DISTRICT JUDGE**